FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Richard GALLEGOS JR.

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

2466738

CIVIL ACTION

NO. 18 - 4925

versus

1. John Doe N.O. P/O McCUBBINS
BADGE No/ 00647 3rd DIST

2. JOHN DOE / ASST DIST, ATT.

3. JOHN DOE / N.O. P/O 3rd DIST

4. JOHN DOE / SHERIFF DEPUTY

Print the full name of all defendants in this
action.
**DO NOT WRITE et al.**

SECTION

SECT.FMAG.2

COMPLAINT

I.      Previous Lawsuits

   A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved
           in this action or otherwise relating to your imprisonment?
           Yes ( )   No (X)

TENDERED FOR FILING

MAY 1 1 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

X  Fee _Dawpin_
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

B.  If your answer to A is "yes", describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

Plaintiffs     *RICHARD GALLEGOS JR.*

_____

Defendants     ?

_____

2.  Court (If federal court, name of the district court; if state court, name the parish.)
ORLEANS PARISH

3.  Docket Number     *572 475*

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (For example: Was this case dismissed?  Was it appealed?  Is it still pending?)   *DISMISSED*
N/A *(3) COUNTS RS 14:37.4 /(3) COUNTS RS 107.2 (C)*

6.  Approximate date of filing lawsuit   *CAN'T REMEMBER* ?

7.  N/A Approximate date of disposition   *CAN'T REMEMER* ?

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No ( )  *CAN'T REMEMBER*

If your answer is "yes", list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.  PLACE OF PRESENT CONFINEMENT:  *ORLEANS PARISH PRISON*

A.  Is there a prisoner grievance procedure in this institution?
Yes (X)  No ( )

B.  Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( )  No (X)

C.  If your answer is "yes",

1.  Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses.  If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2.      As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____ N/A _____

D.      If your answer is NO, explain why you have not done so: _____

_THEY HAVE NO CONTROLL OVER COURT_
_PROCEEDINGS_

III. Parties

(In item A below, complete the following information.  Do the same for additional plaintiffs, if any.)

A.      Full Name of Plaintiff Richard Gallegos JR.
(First - Middle - Last)

Prisoner Number 2466738

Address 3000 PERDIDO ST, N.O. LA. /3042 GENTILLY BLVD. NO. LA. ?

Date of Birth 11/24/1961

Date of Arrest 3/15/2018

Date of Conviction N/A

III. A (continued) - ADDITIONAL PLAINTIFFS          In Re:_____ N/A _____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff
(First - Middle - Last)   RICHARD GALLEGOS JR.

Prisoner Number   2466738

Address   300 PERDIDO ST N/o LA. 70119

Date of Birth   11-24-1961

Date of Arrest   3-15-2018

Date of Conviction   N/A   PRE TRIAL

Signature   Richard Gallegos Jr.

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

IMPORTANT:  In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment,  and service address.   If you have sued more than one defendant, provide this same information for every defendant you have named.  Please attach an additional sheet, if necessary.  **The parties listed below must be exactly the same as those listed in your caption.**

B.    Defendant ~~JOHN~~ MCCUBBINS JOHN POE    is employed as _POLICE OFFICER_

    _NO.P.P._    at _3rd DISTRICT_

    Address for service: _? 3rd DISTRICT POLICE DEPT._

C.    Defendant _? JOHN DOE_    is employed as _ASS. DIST ATT._

    at _____

    Address for service: _619 WHITE ST. NO. LA. 70119_

D.    Defendant _? JOHN DOE_    is employed as _N.O. POLICE_

    _OFFICER_    at _3rd DIST POLICE DEPT._

    Address for service: _3rd DIST POLICE DEPT._

E.    Defendant _? JOHN DOE_    is employed as _SHERIFF DEPUTY_

    at _ORLEANS PARISH SHERIFF DEPT._

    Address for service: _? ORLEANS PARISH SHERIFF DEPT_

F.    Defendant _____ is employed as _____

    at _____

    Address for service: _____

G.    Defendant _____ is employed as _____

    at _____

    Address for service: _____

IV.     Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheet if necessary.)

JOHN DOE 1. WAS STRUCK BY SHERIFF DEP. WITH CLUB FROM BEHIND WITHOUT WARNING OR IDENTIFING HIM SELF. DEVELOPED BLOOD ON BRAIN, HAD SEIZURE AND HAD TO HAVE EMERGENCY SURGERY TO DRAIN BLOOD OFF BRAIN.

2. ARRESTED WITHOUT PROPABLE CAUSE, THEN TRANSPORTED TO HOSPITAL BECAUSE OF SEIZURE DUE TO NO. 1 ABOVE.

3 ARRESTED AND CHARGED WITH FALSE CHARGES BY P/O MCCUBBINS/RS 14 37.4(3) COUNTS /RS 107.2(K) 3 COUNTS DISMISSED! / JOHN DOE, 4 ASST DA. ATTEMPTED TO PURSUE SAID CHARGES, COURT SEC. WAS TRANSFERRED TO I SEC. NEW ASST. DA. CHARGES DROPED!

BEING HELD IN JAIL PURSUANT TO FALSE ARREST
UNLAWFULL CONFINEMENT.

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. COMPENSATION FOR FILING FEES

2. ORDER PUNITIVE DAMAGES

3. COMPENSATION FOR TIME IN Jail, MENTAL ANGUISH PAIN, SUFFERING, STRESS,

4. IRREPAIRABLE DAMAGES

5. DECLARATORY JUGEMENT

VI.  Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___20+4___ day of ___APRIL_____, 20_18_.

Richard Hallegos Jr.
(Signature of Plaintiff)

10/2015

5

RICHARD GALLEGOS JR. A1015 NO2466738
3000 PERDIDO ST.
NEW ORLEANS LA. 70119

LEGAL

NEOPOST
05/09/2018
US POSTAGE $000.68°
FIRST-CLASS MAIL

ZIP 70119
041M11287307

CLERK'S OFFICE, UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

500 POYDRAS STREET Room C-151

NEW ORLEANS LOUISIANA 70130

ATTN: CLERK OF COURT