UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD GALLEGOS, JR. | CIVIL ACTION |
| VERSUS | NO. 18-4925  C/W 18-8752 |
| OFFICER MCCUBBINS ET AL. | SECTION "F" (2) |

## **ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 2, 2019 (Rec. Doc. No. 55), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motions for injunctive relief, Record Doc. No. 21 and 22, are hereby **DENIED** and that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this  16th  day of     January    , 2019.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE